

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**UNITED STATES OF AMERICA,**

v.                         **CRIMINAL ACTION NO.: 2:07cr176**

**KENNETH EUGENE BEEMAN**

**Defendant.**

*ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT
and NOTICE OF SENTENCING*

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of an indictment which charges Defendant with conspiracy to commit marriage fraud, a violation of Title 18 U. S. C.§ 371 is *ACCEPTED* and the Defendant is *ADJUDGED GUILTY* of such offense. Sentencing is hereby scheduled for June 18, 2008 at 2:30 p. m. at Norfolk, Virginia.

The Clerk is *DIRECTED* to forward a copy of this Order to counsel for Defendant and to the Assistant United States Attorney.

*IT IS SO ORDERED.*

/s/
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
May 20 , 2008